FILED
Western District of Washington
at Seattle

APR - 9 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re Seabrook Dental Laboratory, LLC ,     Case No. 18-13499

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Intercoastal Financial, LLC | Global Funding Experts, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  7954 Transit Rd. #144A
  Williamsville, New York 14221

Court Claim # (if known): 5
Amount of Claim: $17,453.75
Date Claim Filed: 01/07/2019

Phone: 716-867-7923
Last Four Digits of Acct #: 9257

Phone: 516-595-8550
Last Four Digits of Acct. #: 9257

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____     Date: 04/04/2019
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**INTERCOASTAL FINANCIAL, LLC**
**7954 TRANSIT RD. #144 A**
**WILLIAMSVILLE, NY 14221**



UNITED STATES BANKRUPTCY COURT
*Western District of Washington*

In Re:
Seabrook Dental Laboratory, LLC

Chapter 11

Case No.: 18-13499

*Debtor.*

## NOTICE OF TRANSFER OF CLAIM & ASSIGNMENT

THIS AGREEMENT, made this 4th day of *April, 2019*, by *Global Funding Experts, LLC*, having an address of *333 Pearsall Ave., Suite 205, Cedarhurst, New York 11516* (Assignor) and Intercoastal Financial, LLC., having an address of *7954 Transit Rd. #144, Williamsville, New York 14221* (Assignee).

WITNESSETH: That

FOR VALUE RECEIVED, Assignor who is listed as a Creditor in the above captioned bankruptcy in the amount of $17,453.75 claim number 5, agrees to hereby grant, transfer, and assign to the Assignee all of the Assignor's right, title and interest in and to said claim number 5 in the *Seabrook Dental Laboratory, LLC*, bankruptcy case number: *18-13500,* filed in the United States Bankruptcy Court for the *Western District of Washington.*

The assignor covenants that there is now due from the Debtor the amount of *$17,453.75* in relation to work performed or product rendered to the Debtor and that there are no counter claims, set off rights or other causes of action held by the Debtor against the Assignor.

IN WITNESS WHEREOF, the Assignor has executed this Assignment as of the day and year first above written.

_____
Global Funding Experts, LLC

NOTARY PUBLIC

State of New York)
County of *New York* ) ss.:

On the 4th day of April in the 2019, before me, the undersigned, personally appeared *Boris Musheyev*, the subscribing witness to the foregoing instrument, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that he/she executed his/her signature on the instrument.

_____
Notary Public

```
ALLA SHIROKOVA
Notary Public - State of New York
NO. 01SH6364710
Qualified in Kings County
My Commission Expires Sep 18, 2021
```